1112

THE STATE OF WASHINGTON, *Respondent*, v. PATRICIA MINAKO TEAFATILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 95-1-00802-0, Roger A. Bennett, J., entered February 23, 1996. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Morgan and Bridgewater, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. RAYEN MICHAEL ROBBINS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 95-8-01066-6, Roger A. Bennett, J., entered April 9, 1996. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Morgan and Bridgewater, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL MAWEKA WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-1-01085-7, Sergio Armijo, J., entered June 13, 1996. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Morgan and Seinfeld, JJ.

JANICE NIWA, *Appellant*, v. SPROUSE REITZ STORES, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Mason County, No. 89-2-00078-8, James B. Sawyer II, J., entered October 11, 1996. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Houghton, C.J., and Armstrong, J.